| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:04CR00215-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-05-00078 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Pasquana S. Ginn<br>Koror, Palau | Southern District of West Virginia | Charleston |
| | NAME OF SENTENCING JUDGE | |
| | Robert C. Chambers | |
| | DATES OF SUPERVISED RELEASE: | FROM 02/01/2005 — TO 01/31/2008 |

OFFENSE

18 U.S.C. § 371, Conspiracy to Defraud the United States

**FILED**
DISTRICT COURT OF GUAM
OCT 27 2005
MARY L.M. MORAN
CLERK OF COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF WEST VIRGINIA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/5/05
Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-27-05
Effective Date

**RECEIVED**
OCT 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

WILLIAM ALSUP
Designated Judge

Case 1:05-cr-00078   Document 1   Filed 10/27/2005   Page 1 of 1   ORIGINAL