DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>PASQUANA S. GINN,<br><br>Defendant. | CRIMINAL CASE NO. 05-00078<br><br><br>**ORDER** |

On October 2, 2005, this Court accepted jurisdiction of the above-named supervised releasee from the U.S. District Court for the Southern District of West Virginia. Pursuant to the Judgment filed February 2, 2005, the defendant is jointly and severally liable to pay restitution in the amount of $745,787.00. *The Guide to Judiciary Polices and Procedures*, Chapter 7, Part H, 2.4.5 Transfer of Cases, states that "when supervised offenders who have been ordered to pay joint and several restitution are jurisdictionally transferred, the financial record will remain in the original sentencing district."

As of March 1, 2007, the Court received a total amount of $150.00 which was applied toward the defendant's restitution debt. Accordingly, the Clerk of Court is hereby ordered to disburse $150.00 to the Clerk of Court for the Southern District of West Virginia.

DATED this 2nd day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**